# EXHIBIT C

| | |
|---|---|
| **From:** | Eva Bitran |
| **To:** | "ice-foia@ice.dhs.gov" |
| **Subject:** | RE: ICE FOIA 2024-ICFO-51779 Clarification Request |
| **Date:** | Wednesday, September 18, 2024 10:28:00 AM |

Dear FOIA Officer,

Thank you for reaching out with this clarifying question. Our FOIA Request encompasses any contract in effect during that time period, *including* any new contracts awarded during that period if they were in effect during any of that time period.

Please let me know if you have any other questions,

Eva Bitrán (she/ella)
Director of Immigrants' Rights & Senior Staff Attorney
ACLU of Southern California
909.380.7505

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** ice-foia@ice.dhs.gov <noreply@securerelease.us>
**Sent:** Tuesday, September 17, 2024 1:30 PM
**To:** Eva Bitran <EBitran@aclusocal.org>
**Subject:** ICE FOIA 2024-ICFO-51779 Clarification Request

09/17/2024

Eva Bitran
1313 W 8th St
Los Angeles, California 90017

RE:	ICE FOIA Case Number 2024-ICFO-51779

Dear Requester:

This e-mail is in regards to your 8/15/2024 ICE FOIA request for Records related to records related to the ICE Air Operation ("ICE Air") program.

In conducting a search for responsive records, the ICE FOIA office has determined that further

**EXHIBIT C**
**PAGE 24**

clarification is needed regarding your request.

Are you asking for new contracts awarded during this time period listed or any contract in effect during that period?

Please provide the ICE FOIA office with a response as soon as possible to avoid any further delay in the processing of your request. If a response is not received within 30 days, your request will be administratively closed.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

**EXHIBIT C**
**PAGE 25**