# UNITED STATES DISTRICT COURT
# FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

American Civil Liberties Union Foundation of Southern California

*Plaintiff*

v.

United States Immigration and Customs Enforcement

*Defendant*

Civil Action No. 2:24-cv-09930-ODW-PVCx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Immigration and Customs Enforcement
c/o Office of the Principal Legal Advisor
500 12th St. SW, Mail Stop 5900
Washington, DC 20536-5900

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Mayer Brown LLP
Sophia M. Mancall-Bitel
333 South Grand Avenue, Suite 4700
Los Angeles, CA 90071
(See Attachment for full list of plaintiff's attorneys)

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOVEMBER 22, 2024

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:24-cv-09930-ODW-PVCx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by <u>Fed. R. Civ. P. 4</u> (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# ATTACHMENT TO SUMMONS

*American Civil Liberties Union Foundation of*
*Southern California v. United States Immigration and Customs Enforcement*
Case No.  2:24-CV-09930-ODW-PVCx

**Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's counsel, whose names and addresses are (continued from Page 1):**

**Attorneys for Plaintiff:**

Sophia M. Mancall-Bitel (SBN 337002)
smancall-bitel@mayerbrown.com
Sarah A. Hsu (SBN 348402)
shsu@mayerbrown.com
Charles L.J. Turner (SBN 349195)
clturner@mayerbrown.com
**Mayer Brown LLP**
333 South Grand Avenue, Suite 4700
Los Angeles, CA 90071
Telephone: (213) 229-9500

Eva L. Bitran (SBN 302081)
ebitran@aclusocal.org
**American Civil Liberties Union Foundation of Southern California**
1313 W. 8th Street
Los Angeles, CA 90017
Telephone: (909) 380-7505

Eunice Cho (*pro hac vice*)
echo@aclu.org
**American Civil Liberties Union Foundation**
**National Prison Project**
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

Case 2:24-cv-09930-ODW-PVC   Document 24   Filed 11/22/24   Page 4 of 4   Page ID #:90

Kyle Virgien (SBN 278747)
kvirgien@aclu.org
**American Civil Liberties Union Foundation**
**National Prison Project**
425 California Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 343-0770

My Khanh Ngo (SBN 317817)
mngo@aclu.org
**American Civil Liberties Union Foundation**
**Immigrants' Rights Project**
425 California Street, 7th Floor
San Francisco, CA 94104
Telephone: (415) 343-0764