BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
KYLA M. SNOW
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 20005
Phone: (202) 514-3259; Fax: (202) 616-8470
Email:  kyla.snow@usdoj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendant. | No. 2:24-CV-9930<br><br>**ANSWER TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Defendant, by and through its undersigned counsel, provides the following Answer to the numbered paragraphs of Plaintiff's Complaint (ECF No. 1):

1. This introductory paragraph contains Plaintiff's characterization of this action, to which no response is required.

2. Defendant denies the first sentence of this paragraph. Defendant admits the second sentence. As to the third sentence, Defendant admits that flights for the removal of noncitizens from the United States were previously operated by the U.S. Marshals Service on government planes but that such flights are now operated by privately-owned aircraft chartered by ICE Air, but denies the remainder of the allegations in that sentence. Defendant denies the allegations in the remainder of the paragraph.

3. Defendant is without sufficient information to admit or deny the allegations in the first part of the first sentence pertaining to Plaintiff's non-profit status or purpose. Defendant admits that Plaintiff submitted a FOIA Request to Defendant dated August 15, 2024, and respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents. Defendant admits that it has not released responsive, non-exempt records as requested in the instant FOIA request. The remainder of the final sentence of paragraph 3 contains legal argument and conclusion about the FOIA, to which no response is required.

4. This paragraph contains Plaintiff's characterization of this action, to which no response is required.

5. Defendant denies the allegations contained in this paragraph, except that Defendant is without sufficient information to admit or deny the allegation in the second half of the second sentence regarding the President-elect's plans.

6. This paragraph contains legal conclusions as to jurisdiction, to which no response is required.

7. This paragraph contains legal conclusions as to venue, to which no response is required. Defendant is without sufficient information to admit or deny the allegation regarding Plaintiff's domicile.

8. Defendant is without sufficient information to admit or deny the allegations in this paragraph.

9. Defendant admits the allegations in the first sentence. The second sentence contains legal conclusions, to which no response is required.

10. Defendant admits, and respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents.

11. Defendant admits, and respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents.

12. Defendant admits, and respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents.

13. Defendant admits that Plaintiff sought expedited processing in the FOIA request, and respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents. The remainder of the paragraph contains legal argument and conclusion to which no response is required; to the extent a response is deemed to be required, Defendant denies.

14. Defendant admits the first three sentences of this paragraph, and respectfully refers the Court to the referenced FOIA response (attached to the Complaint as Exhibit B) for a true and accurate statement of its contents. The fourth sentence of this paragraph contains legal

conclusion to which no response is required.

15. Deny.

16. Defendant admits, and respectfully refers the Court to the referenced FOIA response (attached to the Complaint as Exhibit B) for a true and accurate statement of its contents.

17. Defendant admits, and respectfully refers the Court to the referenced email correspondence (attached to the Complaint at Exhibit C) for a true and accurate statement of its contents.

18. Admit.

19. This paragraph contains Plaintiff's characterizations of the FOIA and conclusions of law, to which no response is required.

20. This paragraph contains Plaintiff's characterizations of the FOIA and conclusions of law, to which no response is required.

21. This paragraph contains Plaintiff's characterizations of the FOIA and conclusions of law, to which no response is required.

22. Admit.

23. This paragraph contains a legal conclusion, to which no response is required.

24. This paragraph contains legal conclusions, to which no response is required.

25. Defendant incorporates each of its preceding responses.

26. This paragraph contains legal conclusions and characterizations of Plaintiff's FOIA request, to which no response is required. Defendant respectfully refers the Court to the referenced FOIA request (attached to the Complaint as Exhibit A) for a true and accurate statement of its contents.

27. Deny.

28. Admit.

29. Deny.

30. Deny.

31. Defendant incorporates each of its preceding responses.

32. Defendant admits that it is an agency subject to and within the meaning of FOIA. The remainder of the sentence is a legal conclusion to which no response is required.

33. This paragraph contains legal conclusions, to which no response is required.

34. Deny.

35. Defendant incorporates each of its preceding responses.

36. Defendant admits that it is an agency subject to and within the meaning of FOIA. The remainder of the sentence is a legal conclusion to which no response is required.

37. This paragraph contains legal conclusions, to which no response is required.

38. Deny.

39. Defendant incorporates each of its preceding responses.

40. Admit the first part of the sentence, that Defendant is an agency subject to and within the meaning of FOIA. The remainder of the sentence is a legal conclusion to which no response is required.

41. Defendant is without sufficient information to admit or deny the allegations in his paragraph.

42. Deny.

43. Deny.

44. Deny.

Defendant denies that Plaintiff is entitled to the relief requested in its Prayer for Relief, or to any relief whatsoever. Plaintiffs are not eligible for, or entitled to, attorney's fees. Any allegation not specifically responded to above is hereby denied.

## **DEFENSES**

1. Defendant's actions did not violate FOIA or any other statutory or regulatory provision.

2. Plaintiff is not entitled to compel production of records protected from disclosure by one or more exemptions to FOIA or the Privacy Act, 5 U.S.C. § 552a.

3. Plaintiff is not entitled to immediate and expeditious processing of records.

Dated: January 10, 2025

                                              Respectfully Submitted,

                                              BRIAN M. BOYNTON
                                              Principal Deputy Assistant Attorney General

                                              ELIZABETH J. SHAPIRO
                                              Deputy Branch Director

                                              */s/ Kyla M. Snow*
                                              KYLA M. SNOW
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division, Federal Programs Branch
                                              1100 L Street, NW
                                              Washington, D.C. 20005
                                              Phone: (202) 514-3259
                                              Fax: (202) 616-8470
                                              E-mail: kyla.snow@usdoj.gov

                                              *Counsel for Defendant*